PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 0315 1:99CR00036-001 |

| DOCKET NUMBER (Rec. Court) |
|---|
|  |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Pablo Santiago<br>368 Marilla Street<br>Buffalo, NY 14214 | Western District Of Pennsylvania | United States Probation Office |
|  | NAME OF SENTENCING JUDGE | |
|  | Maurice B. Cohill Jr.<br>Senior United States District Judge | |
|  | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/01/2008 | TO 02/28/11 |

OFFENSE

Distribute and Possess With Intent to Distribute Greater Than 500 Grams of Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District Of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_June 14, 2007_
Date

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_July 18, 2007_
Effective Date

_Richard J. Arcara_
United States District Judge

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
304 U.S. COURTHOUSE
68 COURT STREET
BUFFALO, NEW YORK 14202-3498
(716) 551-4211

July 24, 2007

Clerk, U.S. District Court
Western District of Pennsylvania
3110 United States Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

RE: Transfer of Jurisdiction
WDPA 1:99CR00036-001

Dear Clerk:

Enclosed is one original Form 22 accepting transfer of jurisdiction of Pablo Santiago.

Please forward to our Clerk's Office certified copies of papers concerning the offender, such as: the Form 22, Indictment and/or Information, Plea Agreement, Judgment and Commitment Order, Docket Sheet along with any other papers you deem necessary.

Very truly yours,

RODNEY C. EARLY, Clerk

By: Kim Bolden
Deputy Clerk

Enclosure