UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: August 1, 2007

RECEIVED
AUG 0 9 2007
CLERK, USDC WDNY

U.S. DISTRICT COURT
WESTERN DISTRICT OF NY
304 U.S. COURTHOUSE
68 COURT STREET
BUFFALO, NY 14202

07 CR 182 A

RECEIVED

AUG - 9 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Re: USA V. PABLO SANTIAGO

Criminal No. CRM 99-36 ERIE

Dear Sir or Madam:

    I am forwarding herewith certified copies of the following documents at the direction of the United States Attorney and in accordance with the provisions of Rule 22 Probation Transfer of the Federal Rules of Criminal Procedure: CERTIFIED COPIES OF DOCKET, INDICTMENT AND JUDGMENT

    Also enclosed is a copy of this letter. Please acknowledge receipt on this copy and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
SUSAN D. PARMETER
Deputy Clerk

Enclosures