| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0315 1:99CR00036-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 07 CR 182 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Pablo Santiago<br>368 Marilla Street<br>Buffalo, NY 14214 | Western District Of Pennsylvania | United States Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Maurice B. Cohill Jr.<br>Senior United States District Judge | |
| **FILED**<br>JUL 2 0 2007<br>CLERK, US DISTRICT COURT, WDNY | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/01/2008 | TO 02/28/11 |

OFFENSE

Distribute and Possess With Intent to Distribute Greater Than 500 Grams of Cocaine

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District Of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 14, 2007
*Date*

Maurice B. Cohill, Jr.
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 18, 2007
*Effective Date*

Richard J. Arcara
*United States District Judge*