UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: September 18, 2007

RECEIVED
SEP 2 0 2007
CLERK, USDC WDNY

Clerk of Court
304 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

Re: USA V. PABLO SANTIAGO

Criminal Action No. 99-36 ERIE

— papers received on 8/3/07*
— These duplicates will be placed in file. Thank you, [signature]

Dear Sir or Madam:

The following certified copies of documents in the above entitled action are being forwarded to your office pursuant to an executed Probation Form No. 22, authorizing transfer of jurisdiction of this probationer to your District.

CERTIFIED TRANSFER OF JURISDICTION, INDICTMENT, JUDGMENT, DOCKET SHEET

Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/
SUSAN D. PARMETER
Deputy Clerk

Enclosures

RECEIVED

SEP 2 4 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA